UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

MAR 2 1 2012

BY_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 12-4019 JSB |
| ) | Judge John S. Bryant |
| v. ) | |
| ) | |
| ALLEN R. WALKER | |

## ORDER

The Complaint and Affidavit in support, in the above-styled matter are hereby unsealed.

So ORDERED this 21st day of March, 2011.

_____
JOHN S. BRYANT
U. S. MAGISTRATE JUDGE